RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10 / 5 / 06
BY OM

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

ANDREW ROBINSON

VERSUS

WARDEN, LA STATE PENITENTIARY

CIVIL ACTION NO. 5:03CV1623
JUDGE WALTER
MAG. JUDGE HORNSBY

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shrupert, Louisiana, this 5 day of Oct, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE